**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7061

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

DALE A. DAVIS, a/k/a Big Loc,

                    Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:13-cr-00041-FPS-JES-1)

Submitted:  November 18, 2014      Decided:  November 21, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dale A. Davis, Appellant Pro Se. William J. Ihlenfeld, II,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dale A. Davis appeals the district court's order denying his motion for copies of his plea agreement and indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Davis</u>, No. 5:13-cr-00041-FPS-JES-1 (N.D.W. Va. July 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>